FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Alejandro Garcia | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s) | 2:14-cv-01767-UA |
| v. | |
| J. Soto | ORDER OF DISMISSAL |
| Defendant(s). | |

The Court previously received from Plaintiff(s)/Petitioner(s):

☒ an IFP Request or financial information with no accompanying Complaint or Petition.

☐ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

The Court sent a warning letter to Plaintiff(s)/Petitioner(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.

Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

IT IS SO ORDERED.

Dated: June 16, 2014

_____
Chief United States District Judge